# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MEREDITH SLEEMAN and
EDWARD SLEEMAN,

      Plaintiffs,

v.                                      Case No:   6:26-cv-206-PGB-LHP

TRUIST BANK,

      Defendant

_____

### ORDER

      Before the Court is Plaintiffs' Motion for Access to the Pacer E-Filing System.

Doc. No. 14.   On review, the motion (Doc. No. 14) is **DENIED without prejudice**,

for failure to comply with Local Rule 3.01(g).   Any renewed motion must comply

in full with all applicable Local Rules, and must also provide valid e-mail addresses

for each Plaintiff who seeks access to the Court's CM/ECF filing system.

      **DONE** and **ORDERED** in Orlando, Florida on February 26, 2026.

Leslie Hoffman Price
_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties