**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MEREDITH SLEEMAN and
EDWARD SLEEMAN,

        Plaintiffs,

v.                                  Case No:   6:26-cv-206-PGB-LHP

TRUIST BANK,

        Defendant

---

**ORDER**

     Before the Court is Plaintiffs' Motion to Waive Pacer Fees.   Doc. No. 17.   On review, the motion (Doc. No. 17) is **DENIED without prejudice**, for failure to contain a memorandum of law as required by Local Rule 3.01(b), and for failure to comply with the conferral requirements of Local Rule 3.01(g).   Any renewed motion must comply in full with all applicable Local Rules.   *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (*pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -