# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MEREDITH SLEEMAN, EDWARD
SLEEMAN,

      Plaintiffs,

    v.                           Case No.:  6:26-cv-00206-PGB-LHP

TRUIST BANK;

      Defendant,

---

### ORDER

Before the Court is Plaintiffs' Renewed Motion for Leave to Participate in Electronic Filing (CM/ECF).  Doc. No. 38.  Defendant does not oppose.  *Id.* at 1. According to the motion, Plaintiffs reside in a remote area over one-hour from the nearest facility for overnight mail services, and seek e-filing access to prevent prejudice from mailing-related delays that Plaintiffs say will shorten their time to respond and prepare.  *Id.* at 2.  But the Federal Rules of Civil Procedure add three (3) days of additional time to deadlines for parties who serve and receive service by mail, Fed. R. Civ. P. 6(d), and Plaintiffs already receive notices of electronic filing. *See* Doc. No. 32.  The motion also states that Plaintiffs were granted and used e-filing in state court without issue prior to removal, and that Plaintiffs believe e-filing will serve the interests of judicial efficiency, but neither reason rises to the level of

-1-

extenuating circumstances or good cause that would justify CM/ECF authorization. *See Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) ("While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." (citations omitted)). *See also Gerow v. Blackwell,* No. 8:24-cv-02280-KKM-NHA, 2024 WL 4679030, at *1 (M.D. Fla. Nov. 5, 2024); *Gillespie v. Wilcox*, No. 5:25-cv-486-SPC-PRL, 2025 WL 2306739, at *1 (M.D. Fla. Aug. 11, 2025). Thus, upon consideration, the motion (Doc. No. 38) is **DENIED without prejudice**.

   **DONE** and **ORDERED** in Orlando, Florida on April 6, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties